Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
ANTHONY JAMES BOUYER

Richard G. Stoll (SBN 222442)
**SHORELINE, A LAW CORPORATION**
1299 Ocean Ave, Suite 400
Santa Monica, CA 90401
Tel: (310) 451.8001 Fax: (310) 395.5961

Attorneys for Defendant
4348 VAN NUYS BOULEVARD LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>4348 VAN NUYS BOULEVARD LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-04317-PSG-GJS<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  May 13, 2020<br>Trial Date:  June 1, 2021 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

JOINT NOTICE OF SETTLEMENT
1

Plaintiff, ANTHONY BOUYER, and Defendant, 4348 VAN NUYS BOULEVARD LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: September 22, 2020                    **MANNING LAW, APC**

                                             By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                   Joseph R. Manning, Jr., Esq.
                                                   Attorneys for Plaintiff,
                                                   Anthony Bouyer

Dated: September 22, 2020                    **SHORELINE, A LAW CORPORATION**

                                             By:   */s/ Richard G. Stoll*
                                                   Richard G. Stoll
                                                   Attorney for Defendant,
                                                   4348 Van Nuys Boulevard LLC

## CERTIFICATE OF SERVICE

I certify that on September 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                             Respectfully submitted,

Dated: September 22, 2020                    **MANNING LAW, APC**

                                             By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                   Joseph R. Manning, Jr., Esq.
                                                   Attorneys for Plaintiff
                                                   Anthony Bouyer