1  Joseph R. Manning, Jr. (SBN 223381)
2  DisabilityRights@manninglawoffice.com
   **MANNING LAW, APC**
3  20062 SW Birch Street, Suite 200
   Newport Beach, CA 92660
4  Tel: 949.200.8755 / Fax: 866.843.8308

5  Attorneys for Plaintiff:
   ANTHONY BOUYER
6

7  Richard G. Stoll (SBN 222442)
8  **SHORELINE, A LAW CORPORATION**
   1299 Ocean Avenue, Suite 400
9  Santa Monica, CA 90401
10 Telephone: (310) 451-8001 Facsimile: (310) 395-5961

11 Attorney for Defendant 4348 VAN NUYS
12 BOULEVARD, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | Case No.: 2:20-cv-04317-PSG-GJS |
|---|---|
| Plaintiff, | Hon. Philip S. Gutierrez |
| v. | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| 4348 VAN NUYS BOULEVARD LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: May 13, 2020<br>Trial Date: None |
| Defendants. | |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ANTHONY BOUYER ("Plaintiff") and 4348 VAN NUYS BOULEVARD LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 24, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   Anthony Bouyer

DATED: November 24, 2020

**SHORELINE, A LAW CORPORATION**

By: /s/ *Richard G. Stoll*
   Richard G. Stoll
   Attorneys for Defendant
   4348 Van Nuys Boulevard LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 24, 2020         By: /s/ *Joseph R. Manning, Jr.*