FILED
CLERK, U.S. DISTRICT COURT

11/25/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

already closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>4348 VAN NUYS BOULEVARD LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-04317-PSG-GJS<br><br>[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and 4348 Van Nuys Boulevard LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   11/25/2020

_____
UNITED STATES DISTRICT JUDGE